

FILED
CLERK, U.S. DISTRICT COURT
JAN 31 2025
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 8:19-cr-00173-JLS |
| Plaintiff, | |
| v. | **ORDER OF DETENTION AFTER HEARING** |
| OWEN LAZARO THOMPSON, | |
| Defendant. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in Las Vegas, Nevada pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\
\\
\\

1

1  A.  (X)  The defendant has not met the defendant's burden of establishing by clear and
2  convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. §
3  3142(b) or (c). This finding is based on the defendant's failure to proffer sufficient evidence
4  to meet the defendant's burden on this issue.
5      and
6  B.  (X)  The defendant has not met the defendant's burden of establishing by clear and
7  convincing evidence that the defendant is not likely to pose a danger to the safety of any other
8  person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on the defendant's failure to proffer any evidence to meet the defendant's burden on this issue
10 and the defendant's criminal history.

12    IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 DATED: January 31, 2025

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE